UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Mackendy Jean,
Petitioner

v. Case No. 26-cv-821-SM-TSM

Richard Luna, Warden of FCI Berlin,
et al.,
Respondents

**O R D E R**

Mackendy Jean is a civil immigration detainee from Haiti. He brings this habeas corpus petition seeking a court order directing respondents to release him immediately from ICE custody or, in the alternative, an order directing the federal respondents to provide him with a prompt, constitutionally adequate bond hearing before a neutral decisionmaker. See generally 28 U.S.C. § 2241. On October 14, 2026, the federal respondents submitted their response in which they acknowledge that "the legal issues presented in the Petition are similar to those addressed in Destino v. FCI Berlin, 2025 WL 4010424 (D.N.H. Dec. 24, 2025), the reasoning of which has been endorsed and adopted by each judge in this district." Government Response (document no. 6) at 1. Accordingly, the federal respondents agree that "the Court may resolve this Petition

without further briefing or oral argument, and grant relief only to the extent of ordering Respondents to afford Petitioner a bond hearing as soon as is practicable." Id.

## Conclusion

Because the court concludes that the reasoning in Destino applies in this case, the Petition for Writ of Habeas Corpus (document no. 1) is granted, in part. The respondents are ordered to provide petitioner with a constitutionally adequate bond hearing before an IJ as soon as practicable, at which the government will bear the burden to either: (1) prove by a preponderance that petitioner is a flight risk; or (2) prove by clear and convincing evidence that he poses a danger to the community. See Destino, 2025 WL 4010424 at *8. See also Hernandez-Lara v. Lyons, 10 F.4th 19, 41 (1st Cir. 2021).

If the government fails to provide a bond hearing, the court will set appropriate terms and conditions of the petitioner's release during the pendency of his removal proceedings.

To the extent petitioner seeks an order directing his immediate release, that request is denied without prejudice.

The court finds that a bond hearing before an IJ is sufficient to protect his rights at this stage.

The government shall file a status report within fourteen days.

**SO ORDERED.**

Steven J. McAuliffe
United States District Judge

October 15, 2026

cc: Counsel of Record